# Exhibit 2

Device Claim: 1

| US10958819B2 | Coolpad Legacy Brisa ("The Accused Product") |
|---|---|
| 1. A handheld device for capturing and displaying images and for identifying and marking of an element that is part of a human body, for use with a cellular network that uses a licensed frequency band, the device comprising: | The accused product is a handheld device (e.g., Smartphone) for capturing (e.g., capturing images through rear and front cameras) and displaying images (e.g., displaying captured images) and for identifying and marking (e.g., marking a square) of an element that is part of a human body (e.g., Face of user), for use with a cellular network that uses a licensed frequency band (e.g., LTE, 2G, 3G, etc.).<br><br>As shown below, the accused product is a handheld smartphone that supports cellular connectivity, including LTE, 2G, 3G, etc. It features front and rear cameras, along with a display. The camera is accessed via the Camera application, which displays images captured by the front and rear cameras on the device's screen. The device detects human faces, and the Camera application highlights detected faces with a square.<br><br><br><br>https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/ |



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



Source: Usage of the accused product



handheld device

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



**Camera/Video**

Main Camera: 16+5MP
Front Camera: 16MP
Picture: Burst Shot,
Auto Focus,
Panoramic, AI
Video: 1080p

**Sound**

THX® Spatial Audio
for headphones
Enhanced Bluetooth
audio channels with
Tempow

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/#section-techspecs

## CAMERA

### Sharp Cameras

capturing

Take incredible photos with the 16 + 5MP dual rear-facing and 16MP front-facing cameras. The rear-facing cameras provide built-in smart functionality that will capture the perfect, high-quality picture in every shot while the 16MP front facing camera will capture the picture-perfect selfie.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

# DISPLAY

## Expansive Display

A spacious 6.53" FHD+ notched display delivers a better and brighter entertainment experience. The vivid colors and sharp contrasts make watching movies, gaming, and viewing photos more exhilarating fun.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



### Display

Display: 6.53" TFT LCD
Screen Resolution: 395 PPI

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



displaying image

Source: Usage of the accused product



Source: Usage of the accused product



Source: Usage of the accused product



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/#section-techspecs



| | Licensed | Unlicensed | |
|---|---|---|---|
| COST | Potentially very high | Commodity pricing | |
| TYPICAL USERS | Carriers and government | Enterprise and consumer networks | |
| ADVANTAGES | Protected spectrum | Easy deployment | |
| DISADVANTAGES | Costly and complex | Interference is common | |
| EXAMPLES | 5G, LTE, broadcast radio and TV | Wi-Fi, Bluetooth, DECT and LoRaWAN | |

https://www.techtarget.com/searchnetworking/answer/Whats-the-difference-between-licensed-and-unlicensed-wireless

| a first camera for capturing a first image via a first optical lens that focus received light; | The accused product discloses a first camera (e.g., main rear camera) for capturing a first image (e.g., an image captured using the rear camera, etc.) via a first optical lens (e.g., the lens of the rear camera) that focus received light.

As shown below, the accused product features a 16 MP rear camera with a lens that focuses received light, enabling the capture of a first image. |
|---|---|



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

Source: Usage of the accused product



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



capturing a first image

Source: Usage of the accused product

All smartphone cameras are made of three basic parts. The first is the lens that directs light into the camera. The second is the sensor that converts the focused photons of light into an electrical signal. And the third is the software that converts those electrical signals into an Instagram-ready photo. Let's take a closer look at each of these parts.
https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Lenses

Before light reaches the image sensor, it must pass through the lens. And before that, it passes through a small hole in the phone's body. The size of that hole is called the aperture, and it determines how much light makes it into the camera's sensor. Generally, a larger aperture is a good thing for mobile cameras because it means the camera has more light to work with.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

Once the light enters the camera module, the lens gathers the incoming light from your shot and directs it to the sensor. Smartphone cameras are made up of many plastic lenses called elements. Due to the nature of light, different wavelengths of light (colors) are refracted (bent) at different angles as they pass through a lens. That means that the colors from your scene are projected onto your camera sensor out of alignment. Cameras need multiple lenses to transmit a clear image to the sensor to correct this and other similar effects.



https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Focus

One essential function of the lenses that has traditionally been abstracted away from the user is focus. Some camera apps let you manually control the camera's focus. However, most of them control it through software using the sensor, extra hardware like a laser range finder, or a combination of the two.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

| a second camera for capturing a second image via a second optical lens that focus received light; | The accused product discloses a second camera (e.g., a front camera) for capturing a second image (e.g., image captured using the front camera) via a second optical lens (e.g., the lens of the front camera) that focus received light.<br><br>As shown below, the accused product features a 16 MP front camera with a lens that focuses received light, enabling the capture of a second image.<br><br><br><br>https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/ |



https://www.youtube.com/watch?v=n6cr_CoqQdQ



Source: Usage of the accused product



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/#section-techspecs



capturing a second image

Source: Usage of the accused product

All smartphone cameras are made of three basic parts. The first is the lens that directs light into the camera. The second is the sensor that converts the focused photons of light into an electrical signal. And the third is the software that converts those electrical signals into an Instagram-ready photo. Let's take a closer look at each of these parts.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Lenses

Before light reaches the image sensor, it must pass through the lens. And before that, it passes through a small hole in the phone's body. The size of that hole is called the aperture, and it determines how much light makes it into the camera's sensor. Generally, a larger aperture is a good thing for mobile cameras because it means the camera has more light to work with.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

Once the light enters the camera module, the lens gathers the incoming light from your shot and directs it to the sensor. Smartphone cameras are made up of many plastic lenses called elements. Due to the nature of light, different wavelengths of light (colors) are refracted (bent) at different angles as they pass through a lens. That means that the colors from your scene are projected onto your camera sensor out of alignment. Cameras need multiple lenses to transmit a clear image to the sensor to correct this and other similar effects.



| | https://www.androidpolice.com/how-do-smartphone-cameras-work/ <br><br> **Focus** <br><br> One essential function of the lenses that has traditionally been abstracted away from the user is focus. Some camera apps let you manually control the camera's focus. However, most of them control it through software using the sensor, extra hardware like a laser range finder, or a combination of the two. <br><br> https://www.androidpolice.com/how-do-smartphone-cameras-work/ |
|---|---|
| an image processor coupled to the cameras for receiving and processing the first and second captured images; | The accused product discloses an image processor (e.g., image processing module of the accused product, etc.) coupled to the cameras (e.g., front and rear cameras) for receiving and processing the first and second captured images (e.g., images captured through front and rear camera, etc.). <br><br> As shown below, the accused product features a Snapdragon 665 Processor, which includes an Image Signal Processor (ISP) unit for processing captured images. The images captured by the front and rear cameras are processed and displayed using the image processing module. |



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

## CAMERA

### Sharp Cameras

Take incredible photos with the 16 + 5MP dual rear-facing and 16MP front-facing cameras. The rear-facing cameras provide built-in smart functionality that will capture the perfect, high-quality picture in every shot while the 16MP front facing camera will capture the picture-perfect selfie.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

 **Camera/Video**

 **Sound**

Main Camera: 16+5MP
Front Camera: 16MP
Picture: Burst Shot,
Auto Focus,
Panoramic, AI
Video: 1080p

THX® Spatial Audio
for headphones
Enhanced Bluetooth
audio channels with
Tempow

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

## Powerful Performance

With the Snapdragon 665 you will experience incredible performance allowing for better gaming and camera capabilities, even security. With a 4000mAh battery, the Legacy Brisa allows you more time to talk, text, and share your experiences keeping you connected to whoever, wherever you go.

## CAMERA

## Sharp Cameras

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

| | |
|---|---|
| |  **Features & OS**<br><br>Qualcomm<br>Snapdragon 665<br>Octa; (SDM6125)<br>2.0GHz/1.8GHz 11nm<br>Android 10<br><br>https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/  **Memory**<br><br>3GB RAM / 32GB ROM<br>MicroSD Support: Up to 128GB |

Qualcomm® Snapdragon™ 665 Mobile Platform provides highly intelligent experiences for great mobile gaming, brilliant camera capabilities and remarkable, security-rich performance.

Snapdragon 665 extends our 3rd-generation Qualcomm® AI Engine to improve mobile features: better camera performance, better security performance, and better gaming performance.

A Qualcomm Spectra™ 165 image signal processor allows for remarkable, high-quality shots in almost any setting. Triple camera support allows you to take close-ups, wide, and ultra-wide shots with the same image, with up to 48 megapixels.

https://www.qualcomm.com/smartphones/products/6-series/snapdragon-665-mobile-platform

 **Make every pixel count**

When it comes to making memories, every detail matters. Take remarkable, high-quality shots in almost any setting—or use the Triple Cameras to get up close, go wide or go ultra-wide. For larger-than-life moments, try capturing at 48 Megapixels. The Qualcomm Spectra™ 165 ISP is reinforced with AI, providing intuitive scene recognition and auto adjustments like HDR.

· Advanced features including Hybrid Autofocus, Optical Zoom, Zero Shutter Lag and more
· Triple Camera with support for Telephoto, Wide and Ultra-Wide

https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/

documents/snapdragon_665_product_brief.pdf

Qualcomm® Snapdragon™

# 665 Mobile Platform

## SPECIFICATIONS & FEATURES

### Qualcomm AI Engine

- Adreno 610 GPU
- Kryo 260 CPU
- Hexagon 686 DSP
- Hexagon Vector eXtensions (HVX)
- Qualcomm All-Ways Aware™ Hub
- Qualcomm® Neural Processing SDK

### Camera

- Qualcomm Spectra 165 ISP
- Dual 14-bit ISPs
- Dual camera: up to 16 MP, MFNR, ZSL, 30 fps
- Single camera: up to 25 MP, MFNR, ZSL, 30 fps

https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/snapdragon_665_product_brief.pdf



first captured image

Source: Usage of the accused product



Source: Usage of the accused product

| | |
|---|---|
| | The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.<br><br>▪ **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.<br><br>▪ **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.<br><br>▪ **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.<br><br>https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/ |
| a display coupled to the cameras and having a flat screen for visually displaying the first and second captured images; | The accused product discloses a display (e.g., display of the accused product) coupled to the cameras (e.g., Front and rear camera, etc.) and having a flat screen for visually displaying the first and second captured images (e.g., image captured through front camera and main rear camera).<br><br>As shown below, the accused product has a display, along with front and rear cameras. It includes a camera application that displays images captured by the rear and front cameras (the first and second captured images) on the display. |

# DISPLAY

## Expansive Display

A spacious 6.53" FHD+ notched display delivers a better and brighter entertainment experience. The vivid colors and sharp contrasts make watching movies, gaming, and viewing photos more exhilarating fun.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



### Display

Display: 6.53" TFT LCD
Screen Resolution: 395 PPI

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



display

Source: Usage of the accused product



Source: Usage of the accused product



displaying the second captured image

Source: Usage of the accused product

| a cellular antenna for coupling to the cellular network; | The accused product comprises a cellular antenna (e.g., an antenna for transmitters and receivers supporting LTE, 2G, 3G, etc.) for coupling to the cellular network (e.g., LTE, 2G, 3G, etc.). |
| --- | --- |
| | As shown below, the accused product is a smartphone with cellular connectivity, housing multiple antennas for transmitting and receiving LTE, 2G and 3G network signals. |



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

# What is a Cellular Antenna?

A **cellular antenna** is a specialised device created to send and receive radio-frequency (RF) signals. Acting as a means for our mobile devices to connect with the extensive cellular network infrastructure, these antennas transform electrical signals from our gadgets into electromagnetic waves that travel through the air and back again, serving as a two-way vessel. Spanning from the tiny antennas nestled inside our smartphones to the towering structures on our horizons, their primary goal remains unchanged: to strengthen our devices with a reliable and powerful connection to the cellular network, and enabling uninterrupted communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

| | |
|---|---|
| | # Signal Transmission and Reception Basics<br><br>Cellular antennas are devices that send and receive radio-frequency (RF) signals, allowing our mobile devices to connect with the cellular network. They convert electrical signals from our devices into electromagnetic waves that travel through the air and back again. These waves are generated by an electrified piece of metal in the antenna. The hardware that creates these waves is called a transmitter, while the one that picks them up is a receiver. Mobile devices, which have both transmitters and receivers, work like two-way radios. They encode and decode information from these waves, enabling wireless communication.<br><br>https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/<br><br>## I Introduction<br><br>The **cell phone antenna** is a small antenna device on the mobile phone to receive and transmit electromagnetic waves. When you use a smartphone to make calls, send text messages, play online games, etc. a series of communication behaviors every day. Have you ever considered that the phone's antenna module is responsible for all of this? The smartphone will become a stand-alone game console if there is no antenna.<br><br>https://www.utmel.com/blog/categories/rf/what-is-a-cell-phone-antenna |
| a cellular transmitter coupled between the cellular antenna and the cameras for transmitting the first and second captured images to the cellular network; | The accused product discloses a cellular transmitter (e.g., data modem) coupled between the cellular antenna (e.g., an antenna for transmitters and receivers supporting LTE, 2G, 3G, etc.) and the cameras for transmitting the first and second captured images (e.g., image captured from the front camera and main rear camera) to the cellular network (e.g., LTE, 2G, 3G, etc.).<br><br>As shown below, the accused product is equipped with cellular connectivity, utilizing its cellular antennas and modems to provide network access. It also includes front and rear cameras, which are accessed via the camera application. |

Upon selecting a preview thumbnail within the application, previously captured images (first and second captured images) are displayed. The application further allows the user to share these images through cloud platforms using cellular networks such as LTE, 2G, 3G, etc.



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

# How your device handles data

cellular transmitter

First, your device establishes a connection with one of the available cellular towers by emitting radio waves. To emit these radio waves, it needs to have a transmitter and antenna. The transmitter turns the data into radio waves that get transmitted through the antenna towards the nearest tower.

To receive data from cellular towers, the device has to have a receiver. Instead of sending data by creating radio waves, the receiver catches them coming from the cellular tower. Most of the time, the receiver and transmitter are combined into one device - a transceiver.

https://www.simbase.com/learning/how-mobile-networks-work

**Wireless Signals – The Basics**

The underlying physics that make wireless communications possible are the electromagnetic waves that travel through the air. These waves are generated by an electrified piece of metal such as an antenna, which forms the waves as it becomes energized.

The hardware that generates these waves is called a transmitter and the hardware that picks up those waves is called a receiver. A mobile device that contains both types of hardware is often referred to as a two-way radio or transceiver. Transmitters and receivers encode and decode information to and from these waves in various ways, which provides the foundation for wireless signals.

https://www.qualcomm.com/developer/blog/2019/10/fundamentals-wireless-signals-and-cellular-networks

## Cellular Phone

In subject area: Computer Science

A cellular phone refers to a mobile device that utilizes low-powered radio transmitters and receivers to provide voice and data telephone service to users. It operates by transmitting information to cellular towers, which are connected to a central switching station and the telephone network, allowing uninterrupted communication as users move between different cell areas.

https://www.sciencedirect.com/topics/computer-science/cellular-phone

# What is a Cellular Antenna?

A **cellular antenna** is a specialised device created to send and receive radio-frequency (RF) signals. Acting as a means for our mobile devices to connect with the extensive cellular network infrastructure, these antennas transform electrical signals from our gadgets into electromagnetic waves that travel through the air and back again, serving as a two-way vessel. Spanning from the tiny antennas nestled inside our smartphones to the towering structures on our horizons, their primary goal remains unchanged: to strengthen our devices with a reliable and powerful connection to the cellular network, and enabling uninterrupted communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

# Signal Transmission and Reception Basics

**Cellular antennas** are devices that send and receive radio-frequency (RF) signals, allowing our mobile devices to connect with the cellular network. They convert electrical signals from our devices into electromagnetic waves that travel through the air and back again. These waves are generated by an electrified piece of metal in the antenna. The hardware that creates these waves is called a transmitter, while the one that picks them up is a receiver. Mobile devices, which have both transmitters and receivers, work like two-way radios. They encode and decode information from these waves, enabling wireless communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

# I Introduction

The **cell phone antenna** is a small antenna device on the mobile phone to receive and transmit electromagnetic waves. When you use a smartphone to make calls, send text messages, play online games, etc. a series of communication behaviors every day. Have you ever considered that the phone's antenna module is responsible for all of this? The smartphone will become a stand-alone game console if there is no antenna.

https://www.utmel.com/blog/categories/rf/what-is-a-cell-phone-antenna

Qualcomm                                                    🔍    ☰

| Snapdragon 665 Mobile Platform | Overview | ˅ |

- Snapdragon X12 LTE modem designed to support superior connectivity with LTE download speeds up to 600 Mbps

- Integrated 1x1 802.11ac Wi-Fi with MU-MIMO

- Octa-core Kryo 260 CPU, built in 11nm, balances between 4 performance and 4 efficiency cores

- With Quick Charge 3.0 technology, charge up to 4 times faster conventional

https://www.qualcomm.com/smartphones/products/6-series/snapdragon-665-mobile-platform



## Strong signals

The Snapdragon X12 LTE Modem is designed to support quick response on the go, while improved Wi-Fi can enable a stronger signal at home compared to the previous generation.

https://www.qualcomm.com/smartphones/products/6-series/snapdragon-665-mobile-platform

**Modem**

- Snapdragon X12 LTE Modem
- Support for 600 Mbps LTE
- Downlink: LTE Cat 12 up to 600 Mbps, 3 x 20 MHz carrier aggregation, up to 256-QAM
- Uplink: LTE Cat 13 up to 150 Mbps, Qualcomm® Snapdragon™ Upload+ (2 x 20 MHz carrier aggregation, up to 64-QAM)
- Dual SIM Dual Standby (DSDS)
- Qualcomm® All Mode with support for all major cellular modes plus LAA. Support for:
  - VoLTE with SRVCC to 3G and 2G, HD and Ultra HD Voice (EVS), CSFB to 3G and 2G
  - Voice over Wi-Fi (VoWiFi) with LTE call continuity

video capture:
- Up to 4K video capture @ 30 fps
- Slow motion: up to 1080p at 120 fps or 720p at 240 fps
- Qualcomm® Clear Sight™ camera features, Hybrid Autofocus, Optical Zoom, Zero Shutter Lag
- H.264 (AVC), H.265 (HEVC), VP9

**Audio**

- Qualcomm Aqstic audio codec (up to WCD9341) and speaker amplifier (up to WSA8815)
  - Native DSD support, PCM up to 384 kHz/32-bit
  - Supports two wake words simultaneously for voice assistant
- aptX audio playback with support for aptX Classic and HD

- Qualcomm® Envelope Tracking
- Qualcomm® Signal Boost™ adaptive antenna tuning
- High-power transmit (HPUE)

**Security**

- Qualcomm® Processor Security
- Qualcomm® Mobile Security
- Qualcomm® Content Protection

**General Specifications**

- Memory Type: LPDDR3/LPDDR4x
- Memory Speed: Up to 1866 MHz, 8 GB RAM
- Memory Interface: eMMC and UFS
- GPS, Glonass, BeiDou, Galileo, QZSS, and SBAS
- Low Power Geofencing and Tracking,

https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/snapdragon_665_product_brief.pdf

- **Modems** — Converts wireless signals into data your phone understands. Components include 4G LTE, 5G, WiFi, and Bluetooth modems.

You may have also heard of something along the lines of a *manufacturing process* in the context of SoCs. It's

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

The final piece of a modern smartphone SoC is the data modem, which allows you to access data networks from your carrier. Different modems also determine the speed and quality of your data connection. The most powerful modems hit download speeds above 1Gbps. There are also modems for Wi-Fi and Bluetooth data, but we're focusing on 4G and 5G modems today.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

 

Source: Usage of the accused product

| a rechargeable battery connected to power the cameras, the image processor, the | The accused devices disclose a rechargeable battery (e.g., 4000mAh battery) connected to power the cameras (e.g., front and rear cameras), the image processor (e.g., image processing modules of the accused product, etc.), the cellular transmitter (e.g., data modem, etc.), and the display (e.g., display of the |
|---|---|

| | |
|---|---|
| cellular transmitter, and the display; and | accused product).<br><br>As shown below, the accused product has a rechargeable battery that serves as the primary power source, supplying energy to essential components such as cameras, image processors, data modem, and display.<br><br>**BATTERY**<br><br>**Powerful Performance**<br><br>With the Snapdragon 665 you will experience incredible performance allowing for better gaming and camera capabilities, even security. With a 4000mAh battery, the Legacy Brisa allows you more time to talk, text, and share your experiences keeping you connected to whoever, wherever you go.<br><br>https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/<br><br>**TECH SPECS**　　　　　　　　　**MORE PRODUCT DETAILS**<br><br> **Design**　　 **Display**　　 **Battery**<br><br>Dimensions: 6.52" x 3.01" x 0.34"　　Display: 6.53" TFT LCD　　4,000mAh — rechargeable battery<br>Weight: 6.7 oz.　　Screen Resolution: 395 PPI　　Talk Time: Up to 21.8 Hours<br>Color: Silver　　　　Charging Time: 2.5 Hours<br>　　　　Standby Time: 622 Hours<br><br>https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/ |



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

## CAMERA

## Sharp Cameras

Take incredible photos with the 16 + 5MP dual rear-facing and 16MP front-facing cameras. The rear-facing cameras provide built-in smart functionality that will capture the perfect, high-quality picture in every shot while the 16MP front facing camera will capture the picture-perfect selfie.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



**Camera/Video**

Main Camera: 16+5MP
Front Camera: 16MP
Picture: Burst Shot,
Auto Focus,
Panoramic, AI
Video: 1080p

**Sound**

THX® Spatial Audio
for headphones
Enhanced Bluetooth
audio channels with
Tempow

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

## Powerful Performance

With the Snapdragon 665 you will experience incredible performance allowing for better gaming and camera capabilities, even security. With a 4000mAh battery, the Legacy Brisa allows you more time to talk, text, and share your experiences keeping you connected to whoever, wherever you go.

## CAMERA

## Sharp Cameras

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

 **Features & OS**

 **Memory**

Qualcomm
Snapdragon 665
Octa; (SDM6125)
2.0GHz/1.8GHz 11nm
Android 10

3GB RAM / 32GB
ROM
MicroSD Support: Up
to 128GB

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

Qualcomm® Snapdragon™ 665 Mobile Platform provides highly intelligent experiences for great mobile gaming, brilliant camera capabilities and remarkable, security-rich performance.

Snapdragon 665 extends our 3rd-generation Qualcomm® AI Engine to improve mobile features: better camera performance, better security performance, and better gaming performance.

A Qualcomm Spectra™ 165 image signal processor allows for remarkable, high-quality shots in almost any setting. Triple camera support allows you to take close-ups, wide, and ultra-wide shots with the same image, with up to 48 megapixels.

https://www.qualcomm.com/smartphones/products/6-series/snapdragon-665-mobile-platform

 **Make every pixel count**

When it comes to making memories, every detail matters. Take remarkable, high-quality shots in almost any setting—or use the Triple Cameras to get up close, go wide or go ultra-wide. For larger-than-life moments, try capturing at 48 Megapixels. The Qualcomm Spectra™ 165 ISP is reinforced with AI, providing intuitive scene recognition and auto adjustments like HDR.

- Advanced features including Hybrid Autofocus, Optical Zoom, Zero Shutter Lag and more
- Triple Camera with support for Telephoto, Wide and Ultra-Wide

https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/

documents/snapdragon_665_product_brief.pdf

## Qualcomm® Snapdragon™

# 665 Mobile Platform

### SPECIFICATIONS & FEATURES

#### Qualcomm AI Engine

- Adreno 610 GPU
- Kryo 260 CPU
- Hexagon 686 DSP
- Hexagon Vector eXtensions (HVX)
- Qualcomm All-Ways Aware™ Hub
- Qualcomm® Neural Processing SDK

#### Camera

- Qualcomm Spectra 165 ISP
- Dual 14-bit ISPs
- Dual camera: up to 16 MP, MFNR, ZSL, 30 fps
- Single camera: up to 25 MP, MFNR, ZSL, 30 fps

https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/snapdragon_665_product_brief.pdf

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU) —** The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU) —** Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP) —** Converts data from the phone's camera into image and video files.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

# How your device handles data

cellular transmitter

First, your device establishes a connection with one of the available cellular towers by emitting radio waves. To emit these radio waves, it needs to have a transmitter and antenna. The transmitter turns the data into radio waves that get transmitted through the antenna towards the nearest tower.

To receive data from cellular towers, the device has to have a receiver. Instead of sending data by creating radio waves, the receiver catches them coming from the cellular tower. Most of the time, the receiver and transmitter are combined into one device - a transceiver.

https://www.simbase.com/learning/how-mobile-networks-work

## Wireless Signals – The Basics

The underlying physics that make wireless communications possible are the electromagnetic waves that travel through the air. These waves are generated by an electrified piece of metal such as an antenna, which forms the waves as it becomes energized.

The hardware that generates these waves is called a transmitter and the hardware that picks up those waves is called a receiver. A mobile device that contains both types of hardware is often referred to as a two-way radio or transceiver. Transmitters and receivers encode and decode information to and from these waves in various ways, which provides the foundation for wireless signals.

https://www.qualcomm.com/developer/blog/2019/10/fundamentals-wireless-signals-and-cellular-networks

## Cellular Phone

In subject area: Computer Science

A cellular phone refers to a mobile device that utilizes low-powered radio transmitters and receivers to provide voice and data telephone service to users. It operates by transmitting information to cellular towers, which are connected to a central switching station and the telephone network, allowing uninterrupted communication as users move between different cell areas.

https://www.sciencedirect.com/topics/computer-science/cellular-phone

## DISPLAY

### Expansive Display

A spacious 6.53" FHD+ notched display delivers a better and brighter entertainment experience. The vivid colors and sharp contrasts make watching movies, gaming, and viewing photos more exhilarating fun.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



### Display

Display: 6.53" TFT LCD
Screen Resolution: 395 PPI

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



Source: Usage of the accused product

| | |
|---|---|
| a single portable and handheld casing housing the cameras, the image processor, the cellular antenna, the cellular | The accused product discloses a single portable and handheld casing (e.g., smartphone casing) housing the cameras (e.g., front and rear camera), the image processor (e.g., image processing modules of the accused product, etc.), the cellular antenna (e.g., an antenna for transmitters and receivers supporting LTE, 2G, 3G, etc.), the cellular transmitter (e.g., data modem), and the display (e.g., display of the accused product). |

| transmitter, and the display, | As shown below, the accused product has an outer casing that houses internal modules such as antennas, processors, modems, a battery, cameras, and display.  https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/ |



handheld casing

Source: Usage of the accused product



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

## CAMERA

## Sharp Cameras

Take incredible photos with the 16 + 5MP dual rear-facing and 16MP front-facing cameras. The rear-facing cameras provide built-in smart functionality that will capture the perfect, high-quality picture in every shot while the 16MP front facing camera will capture the picture-perfect selfie.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



## Camera/Video

Main Camera: 16+5MP
Front Camera: 16MP
Picture: Burst Shot,
Auto Focus,
Panoramic, AI
Video: 1080p

## Sound

THX® Spatial Audio
for headphones
Enhanced Bluetooth
audio channels with
Tempow

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

## Powerful Performance

With the Snapdragon 665 you will experience incredible performance allowing for better gaming and camera capabilities, even security. With a 4000mAh battery, the Legacy Brisa allows you more time to talk, text, and share your experiences keeping you connected to whoever, wherever you go.

## CAMERA

## Sharp Cameras

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

 **Features & OS**

 **Memory**

Qualcomm
Snapdragon 665
Octa; (SDM6125)
2.0GHz/1.8GHz 11nm
Android 10

3GB RAM / 32GB
ROM
MicroSD Support: Up
to 128GB

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

Qualcomm® Snapdragon™ 665 Mobile Platform provides highly intelligent experiences for great mobile gaming, brilliant camera capabilities and remarkable, security-rich performance.

Snapdragon 665 extends our 3rd-generation Qualcomm® AI Engine to improve mobile features: better camera performance, better security performance, and better gaming performance.

A Qualcomm Spectra™ 165 image signal processor allows for remarkable, high-quality shots in almost any setting. Triple camera support allows you to take close-ups, wide, and ultra-wide shots with the same image, with up to 48 megapixels.

https://www.qualcomm.com/smartphones/products/6-series/snapdragon-665-mobile-platform

 **Make every pixel count**

When it comes to making memories, every detail matters. Take remarkable, high-quality shots in almost any setting—or use the Triple Cameras to get up close, go wide or go ultra-wide. For larger-than-life moments, try capturing at 48 Megapixels. The Qualcomm Spectra™ 165 ISP is reinforced with AI, providing intuitive scene recognition and auto adjustments like HDR.

- Advanced features including Hybrid Autofocus, Optical Zoom, Zero Shutter Lag and more
- Triple Camera with support for Telephoto, Wide and Ultra-Wide

https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/

documents/snapdragon_665_product_brief.pdf

Qualcomm® Snapdragon™

# 665 Mobile Platform

## SPECIFICATIONS & FEATURES

### Qualcomm AI Engine

- Adreno 610 GPU
- Kryo 260 CPU
- Hexagon 686 DSP
- Hexagon Vector eXtensions (HVX)
- Qualcomm All-Ways Aware™ Hub
- Qualcomm® Neural Processing SDK

### Camera

- Qualcomm Spectra 165 ISP
- Dual 14-bit ISPs
- Dual camera: up to 16 MP, MFNR, ZSL, 30 fps
- Single camera: up to 25 MP, MFNR, ZSL, 30 fps

https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/snapdragon_665_product_brief.pdf

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

# How your device handles data

cellular transmitter —

First, your device establishes a connection with one of the available cellular towers by emitting radio waves. To emit these radio waves, it needs to have a transmitter and antenna. The transmitter turns the data into radio waves that get transmitted through the antenna towards the nearest tower.

To receive data from cellular towers, the device has to have a receiver. Instead of sending data by creating radio waves, the receiver catches them coming from the cellular tower. Most of the time, the receiver and transmitter are combined into one device - a transceiver.

https://www.simbase.com/learning/how-mobile-networks-work

## Wireless Signals – The Basics

The underlying physics that make wireless communications possible are the electromagnetic waves that travel through the air. These waves are generated by an electrified piece of metal such as an antenna, which forms the waves as it becomes energized.

The hardware that generates these waves is called a transmitter and the hardware that picks up those waves is called a receiver. A mobile device that contains both types of hardware is often referred to as a two-way radio or transceiver. Transmitters and receivers encode and decode information to and from these waves in various ways, which provides the foundation for wireless signals.

https://www.qualcomm.com/developer/blog/2019/10/fundamentals-wireless-signals-and-cellular-networks

## Cellular Phone

In subject area: Computer Science

A cellular phone refers to a mobile device that utilizes low-powered radio transmitters and receivers to provide voice and data telephone service to users. It operates by transmitting information to cellular towers, which are connected to a central switching station and the telephone network, allowing uninterrupted communication as users move between different cell areas.

https://www.sciencedirect.com/topics/computer-science/cellular-phone

# What is a Cellular Antenna?

A **cellular antenna** is a specialised device created to send and receive radio-frequency (RF) signals. Acting as a means for our mobile devices to connect with the extensive cellular network infrastructure, these antennas transform electrical signals from our gadgets into electromagnetic waves that travel through the air and back again, serving as a two-way vessel. Spanning from the tiny antennas nestled inside our smartphones to the towering structures on our horizons, their primary goal remains unchanged: to strengthen our devices with a reliable and powerful connection to the cellular network, and enabling uninterrupted communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

# Signal Transmission and Reception Basics

**Cellular antennas** are devices that send and receive radio-frequency (RF) signals, allowing our mobile devices to connect with the cellular network. They convert electrical signals from our devices into electromagnetic waves that travel through the air and back again. These waves are generated by an electrified piece of metal in the antenna. The hardware that creates these waves is called a transmitter, while the one that picks them up is a receiver. Mobile devices, which have both transmitters and receivers, work like two-way radios. They encode and decode information from these waves, enabling wireless communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

## I Introduction

The **cell phone antenna** is a small antenna device on the mobile phone to receive and transmit electromagnetic waves. When you use a smartphone to make calls, send text messages, play online games, etc. a series of communication behaviors every day. Have you ever considered that the phone's antenna module is responsible for all of this? The smartphone will become a stand-alone game console if there is no antenna.

https://www.utmel.com/blog/categories/rf/what-is-a-cell-phone-antenna

## DISPLAY

## Expansive Display

A spacious 6.53" FHD+ notched display delivers a better and brighter entertainment experience. The vivid colors and sharp contrasts make watching movies, gaming, and viewing photos more exhilarating fun.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



### Display

Display: 6.53" TFT LCD
Screen Resolution: 395 PPI

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



Source: Usage of the accused product

| | |
|---|---|
| wherein the casing comprises two opposed first and second exterior surfaces, | The accused product discloses the casing (e.g., smartphone casing) comprises two opposed first and second exterior surface (e.g., front and rear exterior surfaces).<br><br>As shown below, the accused product has an outer casing. The casing comprises two exterior surfaces: the first side includes the rear cameras and flashlight, while the second side includes the front camera and display. |



https://www.youtube.com/watch?v=n6cr_CoqQdQ

second exterior surface

first exterior surface



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



Source: Usage of the accused product



Source: Usage of the accused product

| | |
|---|---|
| wherein the first optical lens is attached to the first surface and the second optical lens | The accused product comprises the casing wherein the first optical lens (e.g., the lens of the rear camera) is attached to the first surface (e.g., back surface) and the second optical lens (e.g., the lens of the front camera) is attached to the second surface (e.g., front surface). |

| is attached to the second surface, | As shown, the accused product has an outer casing. The casing comprises two exterior surfaces, with the first surface comprising the rear cameras and the flashlight, and the second surface with the front camera and display.  Source: Usage of the accused product |
|---|---|



https://www.youtube.com/watch?v=n6cr_CoqQdQ

## CAMERA

## Sharp Cameras

Take incredible photos with the 16 + 5MP dual rear-facing and 16MP front-facing cameras. The rear-facing cameras provide built-in smart functionality that will capture the perfect, high-quality picture in every shot while the 16MP front facing camera will capture the picture-perfect selfie.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

<table>
<tr><td></td><td>



Main Camera: 16+5MP
Front Camera: 16MP
Picture: Burst Shot,
Auto Focus,
Panoramic, AI
Video: 1080p

THX® Spatial Audio
for headphones
Enhanced Bluetooth
audio channels with
Tempow

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

</td></tr>
<tr><td>

wherein the image processor is operative to identify the element in the first captured image,

</td><td>

The accused product comprises the image processor (e.g., image processing module of the accused product, etc.) is operative to identify the element (e.g., face of a user, etc.) in the first captured image.

As shown below, the accused product features a Snapdragon 665 Processor, which includes an image signal processor that processes images from the rear and front cameras. When the camera is pointed at the user's face, it identifies the face and highlights it with a square.

</td></tr>
</table>

## Powerful Performance

With the Snapdragon 665 you will experience incredible performance allowing for better gaming and camera capabilities, even security. With a 4000mAh battery, the Legacy Brisa allows you more time to talk, text, and share your experiences keeping you connected to whoever, wherever you go.

## CAMERA

## Sharp Cameras



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

 Features & OS

Qualcomm
Snapdragon 665
Octa; (SDM6125)
2.0GHz/1.8GHz 11nm
Android 10

 Memory

3GB RAM / 32GB
ROM
MicroSD Support: Up
to 128GB

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

Qualcomm® Snapdragon™ 665 Mobile Platform provides highly intelligent experiences for great mobile gaming, brilliant camera capabilities and remarkable, security-rich performance.

Snapdragon 665 extends our 3rd-generation Qualcomm® AI Engine to improve mobile features: better camera performance, better security performance, and better gaming performance.

A Qualcomm Spectra™ 165 image signal processor allows for remarkable, high-quality shots in almost any setting. Triple camera support allows you to take close-ups, wide, and ultra-wide shots with the same image, with up to 48 megapixels.

https://www.qualcomm.com/smartphones/products/6-series/snapdragon-665-mobile-platform



**Make every pixel count**

When it comes to making memories, every detail matters. Take remarkable, high-quality shots in almost any setting—or use the Triple Cameras to get up close, go wide or go ultra-wide. For larger-than-life moments, try capturing at 48 Megapixels. The Qualcomm Spectra™ 165 ISP is reinforced with AI, providing intuitive scene recognition and auto adjustments like HDR.

· Advanced features including Hybrid Autofocus, Optical Zoom, Zero Shutter Lag and more
· Triple Camera with support for Telephoto, Wide and Ultra-Wide

https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/

| | |
|---|---|
| | documents/snapdragon_665_product_brief.pdf<br><br>Qualcomm® Snapdragon™<br># 665 Mobile Platform<br>**SPECIFICATIONS & FEATURES**<br><br>**Qualcomm AI Engine**<br>- Adreno 610 GPU<br>- Kryo 260 CPU<br>- Hexagon 686 DSP<br>- Hexagon Vector eXtensions (HVX)<br>- Qualcomm All-Ways Aware™ Hub<br>- Qualcomm® Neural Processing SDK<br><br>**Camera**<br>- Qualcomm Spectra 165 ISP<br>- Dual 14-bit ISPs<br>- Dual camera: up to 16 MP, MFNR, ZSL, 30 fps<br>- Single camera: up to 25 MP, MFNR, ZSL, 30 fps<br><br>https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/snapdragon_665_product_brief.pdf |

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU) —** The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU) —** Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP) —** Converts data from the phone's camera into image and video files.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

## CAMERA

### Sharp Cameras

Take incredible photos with the 16 + 5MP dual rear-facing and 16MP front-facing cameras. The rear-facing cameras provide built-in smart functionality that will capture the perfect, high-quality picture in every shot while the 16MP front facing camera will capture the picture-perfect selfie.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

 **Camera/Video**

 **Sound**

Main Camera: 16+5MP
Front Camera: 16MP
Picture: Burst Shot,
Auto Focus,
Panoramic, AI
Video: 1080p

THX® Spatial Audio
for headphones
Enhanced Bluetooth
audio channels with
Tempow

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



identify the element in the first captured image



Source: Usage of the accused product

| wherein the display is coupled to the image processor for displaying the first captured image and the marking of the identified element in | The accused product has the display (e.g., display of the accused product) is coupled to the image processor (e.g., image processing module of the accused product, etc.) for displaying the first captured image (e.g., image captured using rear camera) and the marking of the identified element (e.g., marking user's face with a square) in the first captured image.

As shown below, the accused product features a display and a Snapdragon 665 |

| the first captured image, and | Processor, which includes an image signal processor that processes images from the rear camera. The camera is accessed through the camera application, which displays images captured by the rear camera (first captured image) on the device's display. The device detects human faces, and the camera application highlights detected faces with a square. |
|---|---|

<br>

## DISPLAY

### Expansive Display

A spacious 6.53" FHD+ notched display delivers a better and brighter entertainment experience. The vivid colors and sharp contrasts make watching movies, gaming, and viewing photos more exhilarating fun.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



### Display

Display: 6.53" TFT LCD
Screen Resolution: 395 PPI

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



Source: Usage of the accused product

## Powerful Performance

With the Snapdragon 665 you will experience incredible performance allowing for better gaming and camera capabilities, even security. With a 4000mAh battery, the Legacy Brisa allows you more time to talk, text, and share your experiences keeping you connected to whoever, wherever you go.

## CAMERA

## Sharp Cameras



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

 Features & OS

 Memory

Qualcomm
Snapdragon 665
Octa; (SDM6125)
2.0GHz/1.8GHz 11nm
Android 10

3GB RAM / 32GB
ROM
MicroSD Support: Up
to 128GB

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

Qualcomm® Snapdragon™ 665 Mobile Platform provides highly intelligent experiences for great mobile gaming, brilliant camera capabilities and remarkable, security-rich performance.

Snapdragon 665 extends our 3rd-generation Qualcomm® AI Engine to improve mobile features: better camera performance, better security performance, and better gaming performance.

A Qualcomm Spectra™ 165 image signal processor allows for remarkable, high-quality shots in almost any setting. Triple camera support allows you to take close-ups, wide, and ultra-wide shots with the same image, with up to 48 megapixels.

https://www.qualcomm.com/smartphones/products/6-series/snapdragon-665-mobile-platform

 **Make every pixel count**

When it comes to making memories, every detail matters. Take remarkable, high-quality shots in almost any setting—or use the Triple Cameras to get up close, go wide or go ultra-wide. For larger-than-life moments, try capturing at 48 Megapixels. The Qualcomm Spectra™ 165 ISP is reinforced with AI, providing intuitive scene recognition and auto adjustments like HDR.

- Advanced features including Hybrid Autofocus, Optical Zoom, Zero Shutter Lag and more
- Triple Camera with support for Telephoto, Wide and Ultra-Wide

https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/

documents/snapdragon_665_product_brief.pdf

Qualcomm® Snapdragon™

# 665 Mobile Platform

## SPECIFICATIONS & FEATURES

### Qualcomm AI Engine

- Adreno 610 GPU
- Kryo 260 CPU
- Hexagon 686 DSP
- Hexagon Vector eXtensions (HVX)
- Qualcomm All-Ways Aware™ Hub
- Qualcomm® Neural Processing SDK

### Camera

- Qualcomm Spectra 165 ISP
- Dual 14-bit ISPs
- Dual camera: up to 16 MP, MFNR, ZSL, 30 fps
- Single camera: up to 25 MP, MFNR, ZSL, 30 fps

https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/snapdragon_665_product_brief.pdf

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/



Source: Usage of the accused product

| wherein the display is coupled to the cameras for displaying on the screen the first and second captured images. | The accused product has the display (e.g., display of the accused product) is coupled to the cameras (e.g., front and rear camera) for displaying on the screen the first and second captured images (e.g., images captured through front and rear cameras).<br><br>As shown below, the accused product has front and rear cameras, along with a display. The camera is accessed through the camera application, which displays images captured by the front and rear cameras on the device's display. |
| --- | --- |

# DISPLAY

## Expansive Display

A spacious 6.53" FHD+ notched display delivers a better and brighter entertainment experience. The vivid colors and sharp contrasts make watching movies, gaming, and viewing photos more exhilarating fun.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



### Display

Display: 6.53" TFT LCD
Screen Resolution: 395 PPI

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



Source: Usage of the accused product



https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

## CAMERA

### Sharp Cameras

Take incredible photos with the 16 + 5MP dual rear-facing and 16MP front-facing cameras. The rear-facing cameras provide built-in smart functionality that will capture the perfect, high-quality picture in every shot while the 16MP front facing camera will capture the picture-perfect selfie.

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/

 **Camera/Video**

 **Sound**

Main Camera: 16+5MP
Front Camera: 16MP
Picture: Burst Shot,
Auto Focus,
Panoramic, AI
Video: 1080p

THX® Spatial Audio
for headphones
Enhanced Bluetooth
audio channels with
Tempow

https://web.archive.org/web/20220811202120/https://coolpad.us/legacy-brisa/



Source: Usage of the accused product



displaying on the screen
the second captured image



Source: Usage of the accused product